United States District Court
Southern District of New York
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __9/29/15__

UNITED STATES OF AMERICA

    - against -

KEVIN GIL,

    Defendant.
_____

14 CR 721 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant pro se which the Court forwards to defense counsel but not the Government because the defendant should not communicate with the Court except through counsel.

SO ORDERED.

Dated:    New York, New York
           September 28, 2015

                                   _____
                                     John G. Koeltl
                                   United States District Judge