March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      -v-

Kelvin Gil,
                           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

14 -CR- 721 (JGK) ( )

Defendant **Kelvin Gil** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_[signed] Clay H. Kamrcky for Kelvin Gil_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kelvin Gil
Print Defendant's Name

_[signed]_
Defense Counsel's Signature

Clay H. Kamrcky
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/1/2021
Date

_[signed] 6/6/21_
U.S. District Judge/~~U.S. Magistrate Judge~~