UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                         14-cr-721 (JGK)

KELVIN GIL,                              <u>ORDER</u>

            Defendant.

JOHN G. KOELTL, District Judge:

As stated at the conference held today, a conference is scheduled for **January 12, 2022 at 9 a.m.** The parties may access the conference using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 1, 2021

                                            John G. Koeltl
                                  United States District Judge