# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 25, 2022

**BY ECF AND EMAIL**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Kelvin Gil**,
       **14 Cr. 721 (JGK)**

Dear Judge Koeltl:

I write to request that the Court adjourn the January 27, 2022 conference in this supervised-release matter to March 24, 2022 at 2:30 p.m. in order to allow Mr. Gil to continue to build stability and to allow the parties to reach a disposition. Neither the government nor Probation objects to this request, and all parties are available at the requested time.

Sincerely,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749
(646) 842-2622
clay_kaminsky@fd.org

CC:   Counsel of record

*ADJOURNED TO THURSDAY, MARCH 24, 2022, AT 2:30PM*
*SO ORDERED.*
*1/25/22  /s/ John G. Koeltl*
*U.S.D.J.*