UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

KELVIN GIL,

            Defendant.

14-cr-721 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

As discussed at the conference today, the next conference in this matter is scheduled for **April 25, 2023**, at **3:00 p.m.**

The parties are directed to provide the Court with a joint status report on the defendant's compliance with the conditions of supervised release by **February 24, 2023**.

SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                   John G. Koeltl
                            United States District Judge